IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED. ICMC reset for 9/7/12 at 11:45 a.m.

| | |
|---|---|
| BURMA ANDERSON, | |
| Plaintiff, | |
| v. | Civil No.: 3:12-cv-00609<br>JURY DEMAND (6)<br>JUDGE TRAUGER<br>MAGISTRATE JUDGE GRIFFIN |
| GCA SERVICES GROUP, INC., | |
| Defendant. | |

**MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Comes now Counsel for Plaintiff, Burma Anderson and moves this Court for an order continuing the Initial Case Management Conference currently scheduled for August, 27, 2012 at 2:30 pm. As grounds for this motion counsel for Plaintiff submits that she has a calendar conflict involving multiple parties and a deadline, which she has been unable to reschedule. Counsel for Plaintiff has discussed this conflict and her request for a continuance with Defense Counsel and has been advised that they do not oppose the continuance. All parties are available for this conference on the morning of September 7, 2012.

Respectfully Submitted,

s/ Nina H. Parsley
Nina H. Parsley, BPR No. 23818
Michael D. Ponce & Associates, PLLC
1000 Jackson Road, Suite 225
Goodlettsville, TN 37072
615-851-1776
Attorney for Plaintiff