# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BURMA ANDERSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GCA SERVICES GROUP, INC. )<br>)<br>Defendant. ) | Civil No. 3:12-0609<br>Judge Trauger |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial set for November 19, 2013 and the pretrial conference set for November 15, 2013 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 21st day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge