**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **BURMA ANDERSON,** ) | |
| ) | |
| Plaintiff, ) | **No.: 3:12-CV-00609** |
| ) | **JUDGE TRAUGER** |
| v. ) | **MAGISTRATE JUDGE GRIFFIN** |
| ) | **JURY DEMAND** |
| **GCA SERVICES GROUP, INC.,** ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court that as evidenced by the signatures of the respective counsel for the parties appearing below, that the plaintiff, Burma Anderson, and defendant, GCA Services Group, Inc., have agreed to compromise and settle all matters in controversy in this case and that defendant, GCA Services Group, Inc., is intended to be discharged from any further liability to the plaintiff, including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, or any other lien of any kind as well as other bills or costs, it is accordingly,

**ORDERED** that defendant, GCA Services Group, Inc., be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to defendant, GCA Services Group, Inc. The court costs of this action are taxed to the defendant, GCA Services Group, Inc., through its undersigned counsel of record, for which execution may issue if necessary. Each party shall bear their own discretionary costs and attorney's fees.

**BE IT SO ENTERED** this 10th day of June, 2013.

_____
**JUDGE**

**APPROVED FOR ENTRY:**

MICHAEL D. PONCE & ASSOCIATES

By:/s/ Nina Parsley_____
   Nina Parsley, BPR No. 23818
   1000 Jackson Road, Suite 225
   Goodlettsville, TN 37072

Attortney for Plaintiff, Burma Anderson

LEWIS, KING, KRIEG & WALDROP, P.C.

By:/s/ George B. Green, Jr._____
   Lisa Ramsay Cole, BPR No. 16262
   E-mail: lcole@lewisking.com
   George B. Green, Jr., BPR No. 29185
   E-mail:  ggreen@lewisking.com
   424 Church Street, Suite 2500
   P.O. Box 198615
   Nashville, TN  37219
   (615) 259-1366

Attorneys for Defendant, GCA Services Group, Inc.